

# LAW OFFICES OF MICHAEL LUPOLOVER, P.C.

MICHAEL LUPOLOVER
MLUPOLOVER@LUPOLOVERLAW.COM
ADMITTED IN NEW YORK AND NEW JERSEY

MAIN OFFICE
120 SYLVAN AVENUE, STE 300
ENGLEWOOD CLIFFS, NJ 07632

DAVID P. FORCE
DAVID@LUPOLOVERLAW.COM
ADMITTED IN NEW JERSEY

February 27, 2015

**VIA DNJ ECF**

Hon. William J. Martini
United States District Court
50 Walnut Street
Newark, NJ 07101

      RE:    **First Request for Motion Extension Per Local Rule 7.1(d)(5)**
                **Clark v. Franklin Collection Services, Inc.**
                **Case No. 2:14-cv-08067-WJM-MF**

Dear Hon. Judge Martini:

      Pursuant to *LR 7.1(d)(5)*, Plaintiff hereby respectfully requests an extension of Defendant's pending Motion to Dismiss set for hearing on March 16, 2015.  *Dkt. #6*.  Plaintiff has not made a prior request for relief under *LR 7.1(d)(5)* to extend the hearing date on Defendant's motion.  Further, Plaintiff's counsel has conferred with Defendant's counsel and has been advised that Defendant does not object to the relief requested herein.

      Per my discussions with the clerk today, the next available hearing date is April 6, 2015.  Plaintiff's opposition shall be filed no later than March 23, 2014.  *LR 7.1(d)(2)*.  Defendant's reply shall be filed no later than March 30, 2015.  *LR 7.1(d)(3)*.

      Very truly yours,

      David P. Force, Esq.

CC: Cindy D. Salvo (Via ECF)
     Counsel for Defendant